**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**
_____

No. 99-14563
_____

D.C. Docket No.98-02383-CV-T

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 19, 2001
THOMAS K. KAHN
CLERK

JAMES JOHNSON,

Plaintiff-Appellant,

versus

K MART CORPORATION,

Defendant-Appellee.

-------------------------------------------------

Appeal from the United States District Court
for the Middle District of Florida
-------------------------------------------------

(Opinion November 21, 2001, ___ F.3d ____, 11th Cir., 2001)

(December 19, 2001)

Before ANDERSON, Chief Judge, TJOFLAT, EDMONDSON, BIRCH, DUBINA, BLACK, CARNES,  BARKETT, HULL, MARCUS and WILSON Circuit Judges.

B Y   T H E   C O U R T :

A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc.  The previous panel's opinion is hereby VACATED.